UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS, D99649,

Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

Respondent(s).

Case No. 26-cv-10535-CRB (PR)

**ORDER OF DISMISSAL**

This habeas action was filed on September 15, 2026. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have passed, and petitioner has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 29, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California